AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ramos, Edgardo | United States District Court, Southern District of New York | 01/05/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☑ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

Thurgood Marshall United States Courthouse
40 Foley Square
Suite 410
New York, New York 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Executive Committee of the New York City Bar Association |
| 2. | Co-Chair | Latino Alumni Commitee of the Harvard Law School Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | ▨▨▨▨▨▨▨, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Revolving line of credit. | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 01/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. -JP Morgan Chase Checking and Savings accounts | A | Interest | J | T | | | | | |
| 2. -People's Bank Checking and Savings accounts | A | Interest | K | T | | | | | |
| 3. -Bank of America Checking and Savings accounts | A | Interest | K | T | | | | | |
| 4. -Schwab Retirement Account | | | | | | | | | |
| 5. -T. Rowe Price Retirement 2025 | A | Dividend | N | T | | | | | |
| 6. TIAA CREF Retirement Accounts | | | | | | | | | |
| 7. - TIAA Traditional | D | Dividend | M | T | | | | | |
| 8. - CREF Stock | A | Dividend | M | T | | | | | |
| 9. - CREF Equity Index | A | Dividend | K | T | | | | | |
| 10. - CREF Global Equities | A | Dividend | K | T | | | | | |
| 11. --CREF Bond Market | A | Dividend | K | T | | | | | |
| 12. - CREF Inflation-Linked Bond | A | Dividend | J | T | | | | | |
| 13. - CREF Money Market Fund | A | Dividend | J | T | | | | | |
| 14. -Fidelity Retirement Account | | | | | | | | | |
| 15. - Fidelity Contrafund | B | Dividend | K | T | | | | | |
| 16. - Fidelity Intermediate Government Income fund | A | Dividend | J | T | | | | | |
| 17. -Fidelity Retirement Government Money Market Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 01/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -JPMCB SR 2030 C | A | Dividend | K | T | | | | | |
| 19. -JPM Smartretire 2025 | A | Dividend | K | T | | | | | |
| 20. - Harbor International Instl CL | A | Dividend | K | T | | | | | |
| 21. -LZD Cap All Glb Bal f/ka Lazard/IBT Capital Allocater Balanced Portfo | A | Dividend | M | T | | | | | |
| 22. -MIP II CL 2 | E | Dividend | M | T | | | | | |
| 23. - Rainier Small Mid Cap Equity Instl CL | A | Dividend | | | Sold | 05/31/16 | K | | |
| 24. FID 500 Index Inst | A | Dividend | L | T | | | | | |
| 25. -TRP Equity Income f/k/a T. Row Price Equity Income SHS | A | Dividend | K | T | | | | | |
| 26. - Third Avenue Real Estate Value | A | Dividend | | | Sold | 03/31/16 | J | | |
| 27. -DFA US Small Cap I | A | Dividend | J | T | | | | | |
| 28. WT CIF II CR PL BD I | A | Dividend | K | T | Buy (add'l) | 03/31/16 | J | | |
| 29. Vang REIT Index ADM | A | Dividend | J | T | Buy | 03/31/16 | J | | |
| 30. Champlain MidCap Inst | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 31. | | | | | | | | | |
| 32. -CT Higher Education Trust Moderate Managed Allocation | | None | M | T | Distributed (part) | 07/29/16 | K | | |
| 33. | | | | | Distributed (part) | 07/29/16 | J | | |
| 34. | | | | | Distributed (part) | 12/01/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 01/05/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Distributed (part) | 07/22/16 | K | | |
| 36. | | | | | Distributed (part) | 07/22/16 | J | | |
| 37. | | | | | Distributed (part) | 12/12/16 | K | | |
| 38. | | | | | Distributed (part) | 12/12/16 | J | | |
| 39. | | | | | Buy (add'l) | 01/07/16 | K | | |
| 40. | | | | | Buy (add'l) | 01/19/16 | J | | |
| 41. | | | | | Buy (add'l) | 02/18/16 | J | | |
| 42. | | | | | Buy (add'l) | 04/05/16 | J | | |
| 43. | | | | | Buy (add'l) | 06/03/16 | J | | |
| 44. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 45. | | | | | Buy (add'l) | 10/07/16 | J | | |
| 46. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 47. -CT Higher Education Trust Moderate Managed Allocation (Y) | | | | | | | | | |
| 48. -Vanguard U.S. Growth Fund UTMA | A | Dividend | K | T | Distributed (part) | 08/01/16 | J | | |
| 49. | | | | | Distributed (part) | 08/05/16 | J | | |
| 50. Brokerage Account # 1 | | | | | | | | | |
| 51. - ML Bank Deposit Program | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 01/05/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Abbot Labs | A | Dividend | J | T | | | | | |
| 53. -Abbvie | A | Dividend | J | T | | | | | |
| 54. -ConAgra Foods | A | Dividend | J | T | | | | | |
| 55. -Dupont E.I. De Nemours | A | Dividend | J | T | | | | | |
| 56. -General Electric | A | Dividend | J | T | | | | | |
| 57. -GlaxoSmithKline PLC ADR | A | Dividend | J | T | | | | | |
| 58. -Lamb Western Holding Inc | A | Dividend | J | T | Spinoff (from line 54) | 11/09/16 | J | | |
| 59. -Pfizer | A | Dividend | J | T | | | | | |
| 60. -Proctor & Gamble | A | Dividend | J | T | | | | | |
| 61. Brokerage Account # 2 | | | | | | | | | |
| 62. -Federated Capital Reserves Money Market Fund | A | Dividend | M | T | | | | | |
| 63. -AT&T | B | Dividend | K | T | | | | | |
| 64. -Abbott Labs | A | Dividend | K | T | | | | | |
| 65. -Abbvie | B | Dividend | K | T | | | | | |
| 66. -Alcoa Inc. | A | Dividend | J | T | | | | | |
| 67. -Allstate Corp. | A | Dividend | J | T | | | | | |
| 68. American Airlines Group | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 01/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Amerisource Bergen | A | Dividend | J | T | | | | | |
| 70. -Amgen Inc. | A | Dividend | K | T | | | | | |
| 71. -Arconic Inc | A | Dividend | J | T | Spinoff (from line 66) | 11/01/16 | J | | |
| 72. -BP PLC Spons ADR | A | Dividend | J | T | | | | | |
| 73. -BT Group PLC ADT | A | Dividend | J | T | | | | | |
| 74. -Boeing Co Com | A | Dividend | J | T | | | | | |
| 75. -Boston Scientific Corp | | None | K | T | | | | | |
| 76. -CBS Corp. CL B Com | A | Dividend | J | T | | | | | |
| 77. -Cigna Corp. | A | Dividend | K | T | | | | | |
| 78. -Campbell Soup Co | A | Dividend | J | T | | | | | |
| 79. -Caterpillar Inc. | A | Dividend | K | T | | | | | |
| 80. -Charter Communications | | None | J | T | Spinoff (from line 124) | 05/18/16 | J | | |
| 81. -Chevron Corp New Com | A | Dividend | K | T | | | | | |
| 82. -Clorox Co Com | A | Dividend | K | T | | | | | |
| 83. -Coach Inc. Com | A | Dividend | J | T | | | | | |
| 84. -Coca Cola Company | A | Dividend | J | T | | | | | |
| 85. -Comcast Corp CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 01/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -ConAgra Foods Inc. Com | A | Dividend | J | T | | | | | |
| 87. -Conoco Phillips Com | A | Dividend | J | T | | | | | |
| 88. -Disney Walt Co Disney Com | A | Dividend | K | T | | | | | |
| 89. -Discover Finl Svsc Inc. | A | Dividend | J | T | | | | | |
| 90. -Dow Chem Co | A | Dividend | J | T | | | | | |
| 91. -Eastman Chem Co Com | A | Dividend | J | T | | | | | |
| 92. -Exxon Mobil Corp Com | A | Dividend | K | T | | | | | |
| 93. -Ford Motor Co Del Com Par | A | Dividend | J | T | | | | | |
| 94. -Freeport McMoran Copper & Gold Inc. | A | Dividend | J | T | | | | | |
| 95. Frontier Communications Corp | A | Dividend | J | T | | | | | |
| 96. -General Electric Co Com | A | Dividend | K | T | | | | | |
| 97. -GlaxoSmithKline PLC Spons ADR | A | Dividend | J | T | | | | | |
| 98. -Hanesbrands | A | Dividend | J | T | | | | | |
| 99. -Hershey Co Com | A | Dividend | J | T | | | | | |
| 100. -Hillshire Brands Co Com (Y) | | | | | | | | | |
| 101. -Ingredion Inc | A | Dividend | J | T | | | | | |
| 102. -Intel Corp Com | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 01/05/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -IBM Corp | A | Dividend | K | T | | | | | |
| 104. -International Paper Co | A | Dividend | J | T | | | | | |
| 105. -JP Morgan Chase & Co Com | A | Dividend | K | T | | | | | |
| 106. -Kellogg Co | A | Dividend | J | T | | | | | |
| 107. -Lifepoint Hosps Inc. Com | | None | J | T | | | | | |
| 108. -Merck & Co Inc. New Com | A | Dividend | J | T | | | | | |
| 109. -Morgan Stanley Com New | A | Dividend | J | T | | | | | |
| 110. -NCR Corp Com | | None | J | T | | | | | |
| 111. -Newell Rubbermaid Inc. Com | A | Dividend | J | T | | | | | |
| 112. -News Corp CL A | A | Dividend | J | T | | | | | |
| 113. -OFG Bank Corp | A | Dividend | J | T | | | | | |
| 114. -Pepsico Inc. | A | Dividend | J | T | | | | | |
| 115. -Pfizer Inc. Com | B | Dividend | K | T | | | | | |
| 116. -Phillips 66 | A | Dividend | J | T | | | | | |
| 117. -Praxair Inc. | A | Dividend | K | T | | | | | |
| 118. -Raytheon Co New Com | A | Dividend | J | T | | | | | |
| 119. -Smucker J M Co Com New | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 01/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Target Corp | A | Dividend | K | T | | | | | |
| 121. -Teradata Corp Del Com | | None | J | T | | | | | |
| 122. -3M Co Com | A | Dividend | J | T | | | | | |
| 123. -Time Warner Inc. New Com New | A | Dividend | J | T | | | | | |
| 124. -Time Warner Cable Inc. Com | A | Dividend | | | Sold | 05/20/16 | J | B | |
| 125. -Travelers Cos Inc. Com | A | Dividend | J | T | | | | | |
| 126. -Twenty-First Century Fox | A | Dividend | J | T | | | | | |
| 127. -US Steel Corp (X) | A | Dividend | J | T | | | | | |
| 128. -Verizon Communications Com | A | Dividend | J | T | | | | | |
| 129. -Viacom Inc. CL B Com New | A | Dividend | J | T | | | | | |
| 130. -Vodaphone Group PLC Spon ADR New | A | Dividend | J | T | | | | | |
| 131. -Yum Brands Inc. Com | A | Dividend | J | T | | | | | |
| 132. -Yum China Holding, Inc Com | | None | J | T | Spinoff (from line 131) | 10/31/16 | J | | |
| 133. -Public Storage Common Stock (REIT) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ramos, Edgardo** | 01/05/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Hillshire Brands Co was inadvertently included in 2015 sold 3/9/14
US Steel value was under the reporting requirements in prior years

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edgardo Ramos**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544